UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADAM BESSER; KELSEY BESSER,<br><br>    Plaintiff,<br><br>  v.<br><br>ESURANCE INSURANCE COMPANY;<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 3:24-cv-05207-TMC<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on its own motion. Federal Rule of Civil Procedure 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiffs Adam Besser and Kelsey Besser filed the complaint in this case on March 13, 2024, over 90 days ago. Dkt. 1.

Before dismissing a case for lack of service, courts must first give "notice to the plaintiff and provid[e] an opportunity for [them] to show good cause for the failure to effect timely service." *Crowley v. Bannister*, 734 F.3d 967, 975 (9th Cir. 2013). Accordingly, the Court

ORDER TO SHOW CAUSE - 1

ORDERS Plaintiffs to show cause within twenty-one days why this case should not be dismissed without prejudice for lack of service pursuant to Rule 4(m).

Dated this 28th day of June, 2024.

Tiffany M. Cartwright
United States District Judge