# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ADAM BESSER; KELSEY BESSER,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY;<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:24-cv-05207-TMC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

This matter comes before the Court on its own motion. On June 28, 2024, the Court ordered Plaintiffs Adam Besser and Kelsey Besser to show cause why the case should not be dismissed without prejudice for their failure to timely serve Defendants pursuant to Federal Rule of Civil Procedure 4(m). Dkt. 9. The Court gave the Bessers twenty-one days to respond to the Order. *Id.* This deadline passed without them making any filings.

Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE for failure to timely serve Defendants. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant . . . .").

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1

1     Dated this 25th day of July, 2024.

                                                 Tiffany M. Cartwright
                                                 United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2